# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEITH LAMARR JONES,**                  **CASE NO. 2:06-cv-954**
                                         **JUDGE HOLSCHUH**
   **Petitioner,**                       **MAGISTRATE JUDGE ABEL**

v.

**OHIO ADULT PAROLE AUTHORITY,**

   **Respondent.**

## OPINION AND ORDER

On July 31, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. The parties were specifically advised of the right to object to the Magistrate Judge's Report and Recommendation and of the consequences of failing to do so. Nevertheless, no objections have been filed. It appears that petitioner is no longer incarcerated at his former address; however, it is petitioner's responsibility to keep the Court advised of his current whereabouts.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action hereby is **DISMISSED.**

   **IT IS SO ORDERED.**

Date: August 22, 2007                    **/s/ John D. Holschuh**
                                         JOHN D. HOLSCHUH
                                         United States District Judge